No. 483. EL PUEBLO *v.* SCOTT ET AL.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Resuelto en octubre 31, 1912. Confirmada la sentencia apelada. Abogado de los apelantes: *Sr. José de J. Tizol.* Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.*

---

No. 361. EX PARTE LASTRA.—Solicitud para que se apruebe la fianza notarial otorgada por la "National Surety Company." Resuelto en noviembre 6, 1912. Aprobada la fianza. El peticionario compareció en nombre propio.

---

No. 910. TORO *v.* RODRÍGUEZ ET AL.—Apelación procedente de la Corte de Distrito de Ponce. Moción de Juan Príncipe desistiendo de la apelación. Resuelto en noviembre 6, 1912. Desistida la apelación a instancia del apelante. Abogado del promovente: *Sr. José A. Poventud.* Abogado de la parte contraria: *Sr. José Tous Soto.*

---

No. 471. EL PUEBLO *v.* DÁVILA.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Resuelto en noviembre 6, 1912. Confirmada la sentencia apelada. Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.* La parte apelante no compareció.

---

No. 362. EX PARTE ZAYAS.—Solicitud para que se apruebe la fianza notarial otorgada por la "National Surety Company." Resuelto en noviembre 11, 1912. Aprobada la fianza. El solicitante compareció en nombre propio.

---

